Jeffrey Weiss (NV Bar No. 6164)
Karen J. Sepura (NV Bar No. 8253)
Veronica-Adele R. Cao (AZ Bar No. 022378)
WEISS & MOY, P.C.
4204 N. Brown Avenue
Scottsdale, Arizona 85251
Tel: (480) 994-8888
Fax: (480) 947-2663

Kirby R. Wells (NV Bar No. 1666)
WELLS & RAWLINGS
6900 Westcliff Drive, Suite 710
Las Vegas, Nevada 89145
Tel: (702) 341-7117
Fax: (702) 341-8527

Attorneys for Plaintiff
Panda Windows and Doors, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PANDA WINDOWS AND DOORS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HAMID HAROON, an individual; and WASATCH CO., a California company,<br><br>Defendants. | Case No.: 2:07-cv-00006-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Panda Windows and Doors, LLC and Defendant Hamid Haroon, by and through their undersigned counsel, hereby stipulate to the dismissal, with prejudice, of all claims and counterclaims in the above-captioned matter, including any and all claims or counterclaims that could have been asserted. The parties shall bear their own attorneys' fees and costs. The parties further stipulate

-1-

that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement and Mutual Release, which was signed by the parties on or about August 30, 2007.

IT IS SO STIPULATED.

Dated this 7th day of November, 2007.

| | |
|---|---|
| WEISS & MOY, P.C. | THE PATEL LAW FIRM, P.C. |
| /s/ Karen J. Sepura | /s/ Natu J. Patel |
| Jeffrey Weiss (NV Bar No. 6164) | Natu J. Patel, Esq. |
| Karen J. Sepura (NV Bar No. 8253) | 2532 Dupont Drive |
| 4204 N. Brown Avenue | Irvine, California 92612-1524 |
| Scottsdale, Arizona 85251 | Tel: (949) 955-1077 |
| Tel: (480) 994-8888 | Fax: (949) 955-1877 |
| Fax: (480) 947-2663 | *Attorney for Defendant Hamid Haroon* |
| *Attorneys for Plaintiff* | |
| *Panda Windows and Doors, LLC* | |

**IT IS SO ORDERED.**

United States District Judge

Dated: December 3, 2007